**Order entered January 11, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00214-CR

**PHILIP KRAMER TAGGART, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-84192-2018**

### ORDER

Before the Court is appellant's January 10, 2023 "Third and Final Motion to Extend Time to File Appellant's Brief." We **GRANT** the motion and **ORDER** appellant's brief filed by **JANUARY 21, 2023**. Appellant's counsel states in the motion that he "has no other major conflicts and has been working diligently on this brief for the last 3 days and believes he will be able to complete the brief within the next 10 days." If appellant fails to file his brief by January 21, 2023, the

Court may abate this case for a hearing in the trial court to determine why the brief

has not been filed. *See* TEX. R. APP. P. 38.8(b).

/s/    ERIN A. NOWELL
            JUSTICE